UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON WALTERS,<br><br>                            Petitioner,<br><br>         -against-<br><br>S. WALKER, *Warden at R.N.D.C. C-74*,<br><br>                            Respondent. | 1:22-CV-6551 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 3, 2022, the Court directed Petitioner, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP") or pay the $5.00 fee required to file a *habeas corpus* action in this court. That order specified that failure to comply would result in dismissal of this action. Petitioner has not filed an IFP application or paid the fee. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated:  October 5, 2022
          New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge