UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMERON WALTERS,

                      Petitioner,

        -against-

S. WALKER, Warden at R.N.D.C. C-74,

                     Respondent.

1:22-CV-6551 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 5, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 5, 2022
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                            Chief United States District Judge